IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM GALLO (#32620-177), | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 3:15-cv-3538-O |
| SHELLY O'BRIEN YEATS and SUSAN HAWK, | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 4. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED**.

**SO ORDERED** on this **15th day** of **January, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE